UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                           MDL No. 2570

_____

This Document Relates to:

Daniel Draughon – Case No. 1:16-cv-02608

_____

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: September 30, 2025

/s/ Bobby J. Bell, Jr.                              /s/ Andrea Roberts Pierson
Bobby J. Bell, Jr.                                 Andrea Roberts Pierson
HOLLIS, WRIGHT, CLAY & VAIL, P.C.                  Faegre Drinker Biddle & Reath LLP
2201 Morris Ave.                                   300 North Meridian Street, Suite 2500
Birmingham, AL 35203                               Indianapolis, Indiana 46204
Telephone: (205) 324-3600                          Telephone: (317) 237-0300
Facsimile: (205) 324-3636                          Facsimile: (317) 237-1000
Email: bob@hollis-wright.com                       Email: andrea.pierson@faegredrinker.com

*Attorney For Plaintiff(s)*                        *Attorney for Defendants*